**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                 **4:14CR00234-01 JM**

**RODGER W. POHLER**

## ORDER

Pending is the Defendant's request for termination of supervised release (Docket # 3).

The United States has objected to the motion. After consideration of the factors set forth in 18

U.S.C. § 3553, Defendant's motion is DENIED.

IT IS SO ORDERED this 26th day of April, 2017.

_____
James M. Moody Jr.
United States District Judge